No. 10210. STATE OF MONTANA ex rel. ANTHONY F. KEAST, County Attorney in and for the County of Missoula, RELATOR, v. DISTRICT COURT of the FOURTH JUDICIAL DISTRICT of the State of Montana, In and for the COUNTY OF MISSOULA and the HONORABLE PHILIP C. DUNCAN, District Judge, RESPONDENTS.

Submitted and decided December 16, 1960.

357 P.2d 351.

PER CURIAM.

Original proceeding, petition for writ of prohibition. The application for the writ herein is denied and the proceeding dismissed.

No. 10202. Petition of JAMES BENJAMIN WRIGHT.

Submitted November 17, 1960. Decided December 19, 1960.

MR. CHIEF JUSTICE HARRISON:

Original proceeding. Petition by James Benjamin Wright for writ of mandate to secure a speedy trial.

It appearing that since the proceedings pending against petitioner in Pondera County have been dismissed and the detainer filed with the United States Penitentiary at Leavenworth, Kansas, has been withdrawn, the relief sought by petitioner has been secured by him.

It is therefore ordered that the writ sought be denied and the proceedings dismissed.

MR. JUSTICES ADAIR, ANGSTMAN and CASTLES concur.